UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 4:19-cr-193 |
| | ) | |
| BRYANT DALE VOSS, | ) | GOVERNMENT'S |
| | ) | SENTENCING MEMORANDUM |
| Defendant. | ) | |

## INTRODUCTION

Defendant downloaded and possessed hundreds of images and numerous videos of child pornography, including material involving prepubescent children. Defendant knowingly made child pornography available to others utilizing the "BitTorrent" peer-to-peer file sharing network. Defendant repeatedly viewed videos of prepubescent kids being sexually abused. When confronted by Agent Rob Larsen, defendant lied. He repeatedly denied ever viewing or possessing any child pornography. The Court should sentence him to 97 months in prison.

## SENTENCING CALCULATION & OBJECTIONS

### A.   Guidelines Calculation

The parties agree that Defendant's Total Offense Level is 30 and that Defendant's guidelines range is 97-120 months imprisonment. There are no objections to the presentence report that affect the guidelines range or the sentencing factors that the court must consider.

    **B.**    <u>Restitution</u>

There are no Victim Impact Statements or restitution requests available for the one identified series. (See Presentence Investigation Report, Dkt. 45 (PSR) at ¶¶27-28.) Accordingly, the Court should not order restitution.

**THE § 3553(a) FACTORS SUPPORT A SENTENCE OF 87 MONTHS**

The sentencing statutes inform this court that it must impose a sentence sufficient, but not greater than necessary, to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense; to afford adequate deterrence to criminal conduct; to protect the public from further crimes of the defendant; and to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner. 18 U.S.C. § 3553(a)(2). The court, in determining the sentence to be imposed, shall also consider the nature and circumstances of the offense and the history and characteristics of the defendant. 18 U.S.C. § 3553(a)(1). The sentence must "avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct." 18 U.S.C. § 3553(a)(6). The government will ask the district court to sentence the Defendant based upon an advisory range of 97-120 months. The government recommends a sentence at the low-end of this range.

The offense conduct is serious. Defendant received (downloaded) a significant volume of child pornography via the internet. Via computer, he made some of his child pornography files available to other users of the BitTorrent program to

download. Undercover officers successfully downloaded multiple files of child pornography from defendant. Defendant's collection included at least 2,071 images of child pornography across multiple electronic devices. He repeatedly viewed several of videos that depicted prepubescent girls being penetrated by adult men, including viewing the videos from multiple media—from their saved locations on external drives as well as from the hard drive of his laptop.

## CONCLUSION

The Defendant should be sentenced to 97 months.

Respectfully submitted,

Marc Krickbaum
United States Attorney

By: /s/ Adam J. Kerndt
Adam J. Kerndt
Assistant United States Attorney
U.S. Courthouse Annex
110 East Court Avenue, Suite 286
Des Moines, IA 50309
Tel: (515) 473-9300
Fax: (515) 473-9292
Email: Adam.Kerndt@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2020, I electronically filed the foregoing with the Clerk of Court using the CM ECF system. I hereby certify that a copy of this document was served on the parties or attorneys of record by:

____U.S. Mail _____ Fax _____Hand Delivery

__X__ECF/Electronic filing ____Other means

UNITED STATES ATTORNEY

By: /s/ Adam J. Kerndt
     Assistant U.S. Attorney