**United States District Court for the Southern District of Iowa**

Presiding: Honorable Judge Rebecca Goodgame Ebinger
Criminal No. 4:19-cr-00193-RGE-CFB          : Clerk's Court Minutes – Sentencing

UNITED STATES OF AMERICA VS. BRYANT DALE VOSS

| | |
|---|---|
| Gov. Atty(s): Adam J. Kerndt | : ✔ Indictment        Superseding Indictment        Information |
| Def. Atty(s): Mackenzi Jo Nash | : In  4  Count(s) – Code Violation: |
| Court Reporter: Chelsey Wheeler | : 2252A(a)(1), 2252A(b)(1) Transportation of Child |
| Interpreter: N/A | Pornography (1); 2252A(a)(5)(B), 2252A(b)(2) Access with |
| | Intent to View Child Pornography (2); 2252A(a)(5)(B), |
| Date: December 7, 2020 | : 2252A(b)(2) Possession of Child Pornography (3); 2252A(a) |
| Time Start: 11:30a.m.  Time End: 12:21p.m. | : (5)(B), 2252A(b)(2) Possession of Child Pornography (4) |

| | |
|---|---|
| ✔ Defendant reaffirmed guilty plea to Count(s) 3 | : ✔ Court adopted findings of Final PSR |
| Jury      Court guilty verdict to Count(s) | : Final PSR as amended |

Minutes:

Defendant appears with counsel for sentencing. USPO Officer present. Defendant confirms guilty plea. Court holds colloquy with Defendant. At 11:33 a.m., parties discuss PSR. Neither party objects to the factual findings of the report, which Court adopts. At 11:35 a.m., Court addresses sentencing guidelines. Neither party objects to the guidelines calculation. Total Offense Level = 30; Criminal History Category = I; Guideline Imprisonment Range = 97 to 120 months. At 11:38 a.m., Defense presents argument regarding appropriate sentence. At 11:44 a.m., Defendant allocutes. At 11:54 a.m., Government presents argument regarding appropriate sentence. At 12:04 a.m., Court pronounces sentence. At 12:06 p.m., Court addresses Defendant's indigent status. At 12:07 p.m., Court finds Defendant is capable of paying the mandatory Justice for Victim's of Trafficking Act fine of $5,000, and the Court imposes the fine. At 12:16 a.m., Defendant is advised of appeal rights. At 12:17 p.m., Government argues against self-surrender. At 12:17 p.m., Defendant argues for self-surrender. At 12:20 p.m., Court denies request for self-surrender and orders detention.

Sentence Imposed:

Defendant is sentenced to the custody of the BOP for a term of 84 months on Count 3. Upon release, Defendant shall serve a supervised release term of 5 years. A $5,000 fine was imposed consistent with the Justice for Victim's of Trafficking Act, interest is waived. $100 Special Assessment to the Crime Victims' Fund Assessment. The Court orders forfeiture in accordance with the preliminary order of forfeiture.

Counts 1, 2, and 4 are dismissed on the motion of the United States. Defendant is remanded into the custody of the United States Marshal.

/s/ Bernadette R. Nelson

Deputy Clerk